■ In the Matter of IZABELA S., a Child Alleged to be Neglected. ANGELICA A. et al., Appellants; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [63 NYS3d 665]—

Order of fact-finding, Family Court, New York County (Jane Pearl, J.), entered on or about January 8, 2016, which, to the extent appealed from as limited by the briefs, after a hearing, found that respondents had neglected the subject child, unanimously affirmed, without costs.

A preponderance of the evidence supports the finding that

the respondent parents neglected the subject child (see Family Ct Act § 1046 [b] [i]), a child with severe physical and neurological anomalies, by failing to provide her with adequate nutrition (see Matter of Camara R., 263 AD2d 710, 712 [3d Dept 1999]), by missing crucial appointments with medical professionals and specialists (see Matter of Briana S. [LaQueena S.], 91 AD3d 447, 448 [1st Dept 2012]) and by being lax in their day-to-day oversight of her care and safety (see Family Ct Act § 1012 [f] [i] [A], [B]).

Contrary to the parents' unpreserved contention, Family Court properly conformed the pleadings to the proof adduced at the hearing (Family Ct Act § 1051 [b]). Concur—Friedman, J.P., Kapnick, Webber, Gesmer and Oing, JJ.